684 A.2d 553

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**WINGAIT FARMS, Petitioner.**

**No. 213 E.D. Miscellaneous Docket 1996.**

Supreme Court of Pennsylvania.

Nov. 27, 1996.

*OPINION*

PER CURIAM:

AND NOW, this 27th day of November, 1996, the Commonwealth's Petition to Reconsider the Grant of Emergency Writ of Supersedeas is denied.

NEWMAN, J., did not participate in the consideration or decision of this matter.